UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| TAI CHENG REALTY OWNER, INC., et al., Plaintiffs, -v- GLOBAL BANK, et al., Defendants. | : | 26-CV-4835 (JAV) ORDER |

JEANNETTE A. VARGAS, United States District Judge:

This action has been removed from the Supreme Court of the State of New York. **Within two business days of the date of this Order**, Plaintiff Tai Cheng Realty Owner, Inc. is directed to serve on all parties a copy of this Order and of the Court's Individual Rules and Practices in Civil Cases, and to file proof of such service on the docket. **Counsel for all parties must file a notice of appearance on the docket within two business days of such service**. All counsel are required to register promptly as filing users on ECF and to familiarize themselves with the SDNY ECF Rules & Instructions, which are available at https://nysd.uscourts.gov/rules/ecf-related-instructions. **All counsel must also familiarize themselves with the Court's Individual Rules, which are available at https://nysd.uscourts.gov/hon-jeannette-vargas.**

The parties are hereby ORDERED to file on ECF a joint letter, which shall not exceed five (5) pages, by **October 22, 2026.** The letter shall provide the following information in separate paragraphs:

(1) A brief statement of the nature of the action and the principal defenses thereto;

(2) A brief explanation of why jurisdiction and venue lie in this Court.

(3) The parties' position regarding transfer of this matter to the United States District Court for the Eastern District of New York, in light of the pending Chapter 11 bankruptcy case pending in the United States Bankruptcy Court for the Eastern District of New York, Case No. 26-42409-ESS.

(4) A statement of all existing deadlines, due dates, and/or cut-off dates;

(5) A brief description of any outstanding motions;

(6) A brief description of any discovery that has already taken place and of any discovery that is necessary for the parties to engage in meaningful settlement negotiations;

(7) A list of all prior settlement discussions, including the date, the parties involved, and the approximate duration of such discussions, if any; and

(8) Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive issue or novel issue raised by the case.

If this case has been settled or otherwise terminated, counsel are not required to submit such a letter, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket by the due date for the joint letter, using the appropriate ECF Filing Event. *See* SDNY ECF Rules & Instructions §§ 13.17-13.19 & App'x A, *available at* https://www.nysd.uscourts.gov/electronic-case-filing.

In accordance with the Court's Individual Rules and Practices, requests for an extension may be made only by letter-motion filed on ECF and must be received at least 48 hours before the deadline. The written submission must state (1) the original date(s); (2) the number of previous requests for extension; (3) whether these previous requests were granted or denied; (4) whether the adversary consents and, if not, the reasons given by the adversary for refusing to consent.

SO ORDERED.

Dated: October 9, 2026
New York, New York

Jeannette Vargas

JEANNETTE A. VARGAS
United States District Judge